Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff
SUSAN NICHOLSON HOFHEINZ

Jeffrey Schiller, Esq.
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street
Chicago, IL 60606
Telephone: (312) 346-1460
Facsimile: (312) 346-1460
Attorneys for Defendant
HARLENE STEIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>HARLENE STEIN, an individual and doing business as "PERMA PRODUCTIONS"; *et al.*,<br><br>Defendants. | Case No.: CV12-09312 DSF (MANx)<br>*The Honorable Dale S. Fischer Presiding*<br><br>**NOTICE OF SETTLEMENT** |

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff SUSAN NICHOLSON HOFHEINZ and Defendant HARLENE STEIN, an individual and doing business as "PERMA PRODUCTIONS" (collectively, "Stein") have entered into a complete settlement of the above-captioned matter and are currently in the process of documenting the settlement that they anticipate executing within the next week. The parties further anticipate filing a Notice of Dismissal dismissing Stein from this action with prejudice immediately following execution of the final settlement agreement with each party paying its own attorneys' fees and costs. Plaintiff has agreed not to seek a default against Stein during this time.

Dated: March 8, 2013

Respectfully submitted,

| | |
|---|---|
| DONIGER BURROUGHS APC | DEUTSCH, LEVY & ENGEL, CHARTERED |
| By: /s/ Scott A. Burroughs<br>Stephen M. Doniger (SBN 179314)<br>Scott A. Burroughs (SBN 235718)<br>Trevor W. Barrett (SBN 287174)<br>300 Corporate Point Suite 355<br>Culver City, CA 90230<br>Tel: (310) 590-1820<br>Facsimile: (310) 417-3538 | By: /s/ Jeffrey Schiller<br>Jeffrey Schiller, Esq.<br>225 West Washington Street<br>Chicago, IL 60606<br>Telephone: (312) 346-1460<br>Facsimile: (312) 346-1460 |
| Attorneys for Plaintiff<br>SUSAN NICHOLSON HOFHEINZ | Attorneys for Defendant<br>HARLENE STEIN, an individual and doing business as "PERMA PRODUCTIONS" |