Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, | Case No.: CV12-9312 DSF (MANx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| HARLENE STEIN; et al., | |
| Defendants. | |

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff, Susan Nicholson Hofheinz and Defendant Amazon.com, Inc. have reached a settlement of the above-captioned matter. They are currently finalizing the settlement paperwork and will then discharge their obligations thereunder. The parties anticipate being able to file a dismissal of this action on or before May 22, 2014.

                              Respectfully submitted,

                              DONIGER /BURROUGHS

Dated: May 1, 2014        By:    /s/ Scott A. Burroughs
                                        Scott A. Burroughs, Esq.
                                        Trevor W. Barrett, Esq.
                                        Attorneys for Plaintiff