Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> HARLENE STEIN, an individual and doing business as "PERMA PRODUCTIONS"; *et al.*, <br><br> Defendants. | Case No.: CV12-09312 DSF (MANx) <br> *Honorable Dale S. Fischer Presiding* <br><br> **STIPULATION TO DISMISS ACTION** <br><br> **[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH]** |

///
///
///

1

STIPULATION TO DISMISS ACTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff SUSAN NICHOLSON HOFHEINZ, on the one hand, and Defendant AMAZON.COM, INC., on the other, hereby STIPULATE as follows:

1. Plaintiff's remaining claims as set forth in this action against AMAZON.COM, INC. are hereby dismissed with prejudice;
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreements entered into in this matter.

<u>SO STIPULATED.</u>

Dated: July 30, 2014   By:   /s/ Trevor W. Barrett
                              Scott A. Burroughs, Esq.
                              Trevor W. Barrett, Esq.
                              Doniger / Burroughs APC
                              Attorneys for Plaintiff
                              Susan Nicholson Hofheinz

Dated: July 30, 2014   By:   /s/ Allan E. Anderson
                              ALLAN E. ANDERSON
                              TIMOTHY L. SKELTON
                              Attorneys for Defendant
                              Amazon.com, Inc.

2

STIPULATION TO DISMISS ACTION